# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

BUILDING TRADES UNITED PENSION TRUST FUND
NACARCI FEASTER,
PLUMBERS LOCAL 75 HEALTH FUND,
PLUMBERS LOCAL 75 APPRENTICESHIP TRAINING FUND,
STEVE BREITLOW, and
PLUMBERS LOCAL UNION 75,

          Plaintiffs,

v.                                         Case No. 09-CV-859

A.S.K. PLUMBING, INC., and
DANIEL KAMINSKI,

          Defendants.

## ORDER FOR JUDGMENT AGAINST
## DEFENDANT A.S.K. PLUMBING, INC.

A request and application for default judgment against defendant A.S.K. Plumbing, Inc., brought by the plaintiffs in the above-captioned action, were submitted to the Court and filed with the clerk.

The Court, having duly heard all issues and a decision having been duly rendered, finds as follows:

    1.     Defendant A.S.K. Plumbing, Inc., has failed to plead or otherwise defend as provided by Rule 55(a) of the Fed. R. Civ. P.

    2.     A.S.K. Plumbing, Inc., violated the Labor-Management Relations Act of 1947, as amended, as well as the Employee Retirement Income Security Act of

1974, as amended, and the effective collective bargaining agreements by failing to pay fringe benefit contributions on behalf of its employees to the plaintiff Funds.

3. As a result of defendant's failure, plaintiffs are entitled to damages consisting of unpaid contributions in the sum of $11,072.36, together with interest, liquidated damages, attorney fees, and costs.

**IT IS HEREBY ORDERED** that the Clerk of Court is directed to enter judgment in favor of plaintiffs Building Trades United Pension Trust Fund, Nacarci Feaster, Plumbers Local 75 Health Fund, Plumbers Local 75 Apprenticeship Training Fund, Steve Breitlow and Plumbers Local Union 75 and against defendant A.S.K. Plumbing, Inc. in the amount of $11,072.36, together with interest at the rate allowed by law, plus liquidated damages, attorney fees and costs.

Dated at Milwaukee, Wisconsin, this 2nd day of December, 2009.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge